IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BORROMEO LEYVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-848C |
| v. | ) | (Judge Lawrence S. Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 60 days, to and including April 13, 2007, within which to respond to plaintiff's complaint. Our response is currently due on February 12, 2007. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that he does not oppose the granting of this motion.

The United States requests this enlargement of time because the agency's litigation report has not yet been received. Additional time is needed by the agency to obtain plaintiff's military records and to review the allegations contained in the complaint, to perform the necessary legal research, and to prepare the litigation report. The agency anticipates that the litigation report, including the draft answer to the complaint, will be provided by December 15, 2006.

Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's complaint to and including January 5 , 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

February 7, 2007

Attorneys for Defendant