DEPARTMENT OF THE ARMY
BOARD FOR THE CORRECTION OF MILITARY RECORDS
1941 JEFFERSON DAVIS HIGHWAY, 2ND FLOOR
ARLINGTON VA 22202-4508

September 6, 2002

LEYVA, BORROMEO I., 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
AR2002070293

Mr. Borromeo I. Leyva
3043 Fairfield Avenue
Palmdale, CA 93550-7906

Dear Mr. Leyva:

Reference is made to the DD Form 149, Application for Correction of Military Records, dated March 21, 1997, which you more recently resubmitted on February 19, 2002, to the National Personnel Records Center (NPRC), concerning the dates of your military service. The NPRC could not locate any military records for you and forwarded your application to the Board for consideration.

Although it is understood that you are asking for the records to be corrected to show that you were enlisted in the United States Army in the Philippines from June 14, 1945, through September 27, 1949, we do not find an erroneous Department of the Army documents to correct nor have you identified what document you want corrected.

You provided a copy of a VB Form 32 (Additional Information), a Veterans' Administration claim form, showing that while you were a member of the Philippine Commonwealth Army, you served in the Armed Forces of the United States from June 14, 1945, through June 30, 1946, as evidenced by a discharge document, PA AGO Form 55. The VB Form 32 bears a stamp showing, "THIS DETERMINATION DATED 16 Jun 50 SUPERSEDES ALL PRIOR DETERMINATIONS." This form is a Veterans' Administration record and cannot be changed or corrected by the Army Board for Correction of Military Records. On the form, it shows you as a current enlistee, a private in the 29th Military Police Company, which was a Philippine Army unit, not a United States Army unit. The term "Current Enlistee" on this form was used at that time to show that you were enlisted in the Philippine Commonwealth Army, not the United States Army.

You provided a training certificate from the Military Police Training School, Military Police Command, Philippine Army, showing that on August 5, 1945, you were a private in the 29th Military Police Company (PA – Philippine Army). On July 26, 1941, the President of the United States issued a military order that called specified elements of the Philippine Commonwealth Army into the service of the Armed Forces of the United States. This service was terminated on June 30, 1946, by authority of General Orders #168 issued by the Headquarters, U. S. Army Forces Western Pacific. That is why your VB Form 32 shows that you were discharged from the Armed Forces of the United States on June 30, 1946.

The 38 Code of Federal Regulation, section 3.9(a), states that for a member of the Philippine Commonwealth Army serving with the Armed Forces of the United States,

Printed on Recycled Paper

their period of service in the United States Forces will be from the certified date of enlistment to the date of release or June 30, 1946, whichever date was earlier.

You provided a medical clinical record brief and a PA (Philippine Army) MS Form 88 (Report of Physical Examination of Enlisted Personnel Prior to Discharge, Release from Active Duty or Retirement) showing that as private in the 29th Military Police Company (AFP – Armed Forces Philippines) on one form and in the 29th Military Police Company (PA – Philippine Army) on the second form, you were admitted to the V Luna General Hospital (AFP – Armed Forces Philippines) on April 22, 1947, for gun shot wounds you received at Floridablanca, Pampanga, Philippines, while in combat against the Hukbalahaps. It is noted from these records that at that time you were a member of a Philippine Army unit in the Armed Forces of the Philippines, not a member of the Armed Forces of the United States.

A letter issued by the HQ (Headquarters), V Luna General Hospital (AFP – Armed Forces Philippines), dated September 28, 1949, certified that you were "discharged from the sv AFP (service of the Armed Forces Philippines) ... effective 27 September 1949, per SO (Special Orders) #182, par 2 (paragraph 2), HNDF (issued by Headquarters, National Defense Forces, Philippines), dtd 8 August 1949." This was a discharge from the Armed Forces of the Philippines, not the Armed Forces of the United States or the United States Army.

From all the evidence that you have provided, it appears that you served with the Armed Forces of the United States only from June 14, 1945, through June 30, 1946, and that you were enlisted in the Philippine Army (PA), Armed Forces of the Philippines (AFP), from June 14, 1945, through September 28, 1949. You submitted page 3 of a Social Security Administration Office of Hearings and Appeals Decision, dated August 5, 1996, wherein the presiding administrative law judge concluded that you were an enlisted member of the United Sates Army from June 14, 1945, through September 27, 1949. The evidence you provide, when properly understood, does not support that conclusion.

Since it is not clear what Department of the Army document or record you want corrected and no military records for you have been located at the National Personnel Records Center, it is not possible for this Board to consider any action on your request. Accordingly, your application is returned to you without Board action.

Sincerely,

Victor D. Whitney
For Carl W. S. Chun
Director, Army Board for Correction
of Military Records

Enclosures

N 29124 Arba

# TRANSMITTAL

SERVICE NUMBER: ☐ Verified ☐ Not in file
Assigned to: (Name and service number)

| | | | | | |
|---|---|---|---|---|---|
| AF | 1 | HQ AIR FORCE PERSONNEL CENTER (AFPC)<br>ATTN: ______<br>RANDOLPH AFB, TX 78150 | CG | 11 | COMMANDER, MILITARY PERSONNEL COMMAND<br>MPC-S-3<br>2100 2ND STREET, SW<br>WASHINGTON, DC 20593-0001 |
| AF | 2 | AIR RESERVE PERSONNEL CENTER<br>DENVER, CO 80280-5000 | CG | 12 | COMMANDING OFFICER, SETTLEMENT & RECORDS<br>U.S. COAST GUARD<br>MILITARY RETIRED PAY CENTER<br>444 SOUTH EAST QUINCY ST.<br>TOPEKA, KS 66683 |
| ARMY | ~~3~~ X | COMMANDER, AR-PERSCOM<br>ATTN: ______ | FINANCE | 13 | DFAS - INDIANAPOLIS CENTER<br>INDIANAPOLIS, IN 46249-5301 |
| ARMY | 4 | ARMY REVIEW BOARDS AGENCY SUPPORT DIV<br>ARBA/SFMR/RBR, Room 4185 | FINANCE | 14 | DFAS - KANSAS CITY CENTER<br>KANSAS CITY, MO 64197 |
| ARMY | 5 | EREC<br>8899 EAST 56TH STREET<br>INDIANAPOLIS, IN 46249-5301 | FINANCE | 15 | DFAS - CLEVELAND CENTER<br>CLEVELAND, OH 44199 |
| ARMY | 6 | PERSCOM<br>ATTN: ______<br>ALEXANDRIA, VA 22332-0400 | FINANCE | 16 | DFAS - DENVER CENTER<br>DENVER, CO 80279-6000 |
| MARCOR | 7 | COMMANDANT OF THE MARINE CORPS<br>HQ U.S. MARINE CORPS (MMSB-10)<br>2008 ELLIOT RD., SUITE 225<br>QUANTICO, VA 22134-5030 | NARA | 17 | NATIONAL ARCHIVES & RECORDS ADMINISTRATION<br>OLD MILITARY & CIVIL RECORDS (NWCTB)<br>WASHINGTON, DC 20408-0001 |
| MARCOR | 8 | MARCOR RESERVE SUPPORT COMMAND<br>15303 ANDREWS ROAD<br>KANSAS CITY, MO 64147-1207 | NARA | 18 | NATIONAL ARCHIVES & RECORDS ADMINISTRATION<br>MODERN MILITARY RECORDS (NWCTM)<br>COLLEGE PARK, MD 20740-6001 |
| NAVY | 9 | NAVY PERSONNEL COMMAND<br>5720 INTEGRITY DRIVE<br>MILLINGTON, TN 38055-3130 | VA | 19 | VA RECORDS MANAGEMENT CENTER<br>P.O. BOX 5020<br>ST. LOUIS, MO 63115-5020 |
| NAVY | 10 | NAVAL RESERVE PERSONNEL CENTER<br>4400 DAUPHINE ST.<br>NEW ORLEANS, LA 70149-7800 | | | |

- ☐ Records/documents requested are enclosed.
- ☑ Records not located in NPRC.
- ☐ Unable to identify from information furnished.
- ☐ Before a more extensive search is made, additional information as indicated below is required.
  - ☐ Verify spelling of name under which person served (*include middle name if not previously furnished*).
  - ☐ Furnish/verify service number/SSN.
  - ☐ Furnish/verify dates of all service (*active and reserve*).
  - ☐ Furnish current military status (none, retired, reserve or on active duty).
- ☐ Records transferred/lent to (symbol/code/office) ______ (date) ______.
- ☐ Writer notified of this referral.
- ☐ Missent to this Center. Forwarded or returned as a matter pertaining to your office.
- ☐
- ☐ Forwarded for necessary action.
- ☐ See attached Finding Aid Report.

NRPM O DATE: 02/25/2002
NATIONAL PERSONNEL RECORDS CENTER (MPR)
9700 Page Ave.
St. Louis, MO 63132-5100

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION NA FORM 13051 (REV. 4-99)

3043 Fairfield Avenue
Palmdale, CA 93550 - 7900
February 19, 2002 -

12mar02

Director R.L. Hindman
c/o Ms. Ursula Soto
Attn: NRPMS, Room 2077
National Personnel Records Center
Military Personnel Records
9700 Page Avenue
St. Louis, MO 63132-5100

Ref: Veteran's Name: Borromeo Ibañez Leyva
SSS/SN: 613 58 0979/ 100186
Case Reference Number: 2002-025-1636

Dear Director Hindman:

Returned herewith Questionaire About Military Service properly accomplished, in compliance with your letter of February 1, 2002 to the Honorable Senator Barbara Boxer. Further submitted are my original request for correction of military records and records of my service in the Armed Forces of the United States as follows:

(a) My letter request dated March 24, 1997 with DD Form 149;
(b) Letter dated May 12, 1998 of the chief, ARBA Support Division;
(c) Department of the Army's VB Form # 32 - ADDITIONAL INFORMATION;
(d) Form 55A - Medical Department U.S. Army

AR20020293

(CLINICAL RECORD);

(e) My Diploma awarded in the Military Police Training School;

(f) My National Service Life Insurance;

(g) Report of Physical Examination of Enlisted Personnel Prior to Discharge, Released from active duty or retirement;

(h) Certification of my discharge pursuant to US AR 615-361, effective 27 Sept. 1944;

(i) Page 3 of the DECISION of the Board of Veterans Appeals - THE LAW AND REGULATIONS (38 C.F.R. 3.9(a));

(j) Page 3 of the DECISION of Honorable Administrative Judge Richard L. Leopold.

For your favorable consideration. Thank you very much.

Respectfully yours,

[signature]
BORROMEO I. LEYVA
WW II disabled veteran

Cc: Senator Barbara Boxer
United States Senate

# QUESTIONNAIRE ABOUT MILITARY SERVICE

THIS FORM IS USED WHEN MORE INFORMATION IS NEEDED TO LOCATE A RECORD. PLEASE SUPPLY AS MUCH INFORMATION AS POSSIBLE. PLEASE BE SURE TO INCLUDE YOUR ORIGINAL INQUIRY WHEN YOU RETURN THIS FORM. WE DO NOT KEEP A COPY.

NAME(S) USED DURING SERVICE (and nicknames, if any) last / first / middle: Borromeo Leyva Ibañez

BRANCH OF SERVICE: ☒ ARMY ☐ AIR FORCE ☐ NAVY ☐ MARINE CORPS ☐ COAST GUARD
SERVED AS: ☐ ENLISTED ☐ OFFICER
WAS SERVICE SIX MONTHS ACTIVE DUTY FOR TRAINING ONLY? ☐ YES ☐ NO

SERIAL/SERVICE NUMBER(S): ☒ ENLISTED: 100186 ☐ OFFICER:

MONTH/DAY/YEAR OF BIRTH: Nov. 4, 1925 MONTH/DAY/YEAR OF DEATH:

CITY AND STATE (OR COUNTRY) WHERE BORN: Rosario, Cavite, Philippines

MONTH, DAY, AND YEAR OF ENLISTMENT, INDUCTION, OR COMMISSION: June 14, 1945 CITY AND STATE OF RECRUITING OFFICE, OR NUMBER OF LOCAL SELECTIVE SERVICE BOARD: VETERAN'S SELECTIVE SERVICE NUMBER: 3rd Repl. Bn. APO 75, Philippines

CAMP OR STATION (RECEPTION CENTER) SENT TO AFTER ENLISTMENT OR INDUCTION: Camp Murphy Quezon City Philippines

PLACE OF BASIC TRAINING (SHOW "OUTFIT" AND CAMP OR STATION): Camp Hobada, Rizal, Philippines

HOME ADDRESS: AT TIME OF ENTRY INTO SERVICE — STREET: Rosario CITY: Cavite COUNTY: Philippines STATE:
AT TIME OF RELEASE FROM ACTIVE DUTY — STREET: V-Luna Gen. Hosp. CITY: Mandaluyong COUNTY: Rizal STATE: Philippines

LIST BELOW ALL UNITS OR "OUTFITS" SERVED WITH DURING MILITARY SERVICE. SHOW COMPLETE ORGANIZATIONAL DESIGNATION (COMPANY OR BATTERY, BATTALION, AND REGIMENT; SQUADRON, GROUP, AND WING, ETC.). ALSO SHOW GEOGRAPHICAL LOCATION (CAMP, BASE, AND COUNTRY). INDICATE ANY ENLISTMENT AND DATE.

| UNIT | INCLUSIVE DATES (MONTH/DAY/YEAR) FROM | TO |
|---|---|---|
| 29th Military Police Co. HQ Bn. | June 14, 1945 | Sept. 27, 1949 |
| | | |
| OUTFIT, LOCATION, AND DATE RELEASED FROM ACTIVE DUTY: | | |

IF YOU HAVE PAPERS THAT PERTAIN TO THE PERIOD(S) OF SERVICE LISTED ABOVE, PLEASE SEND US COPIES. FOR EXAMPLE: SEPARATION DOCUMENT(S), ORDERS, AWARD CITATIONS, OR ENVELOPES WITH A MILITARY RETURN ADDRESS. YOU MAY BE ABLE TO OBTAIN A COPY OF THE REPORT OF SEPARATION FROM A FORMER EMPLOYER OR THE RECORDER'S OFFICE OF THE CITY OR COUNTY WHERE THE VETERAN LIVED JUST AFTER SEPARATION/DISCHARGE.

DID THE VETERAN EVER:

a. FILE A CLAIM FOR VETERANS ADMINISTRATION BENEFITS? ☐ NO ☒ YES — IF YES, SHOW CLAIM NUMBER: C-12 157 154 AND CITY AND STATE WHERE CLAIM WAS FILED: US Vets. Adm. Manila, Philippines

b. SERVE IN THE RESERVES AFTER RELEASE FROM THE PERIOD OF ACTIVE DUTY SHOWN ABOVE? ☒ NO ☐ YES — IF YES, SHOW MONTH AND YEAR FROM: TO: AND BRANCH OF SERVICE IF DIFFERENT FROM ABOVE:

c. RECEIVE A STATE BONUS FOR MILITARY SERVICE? ☒ NO ☐ YES — IF YES, SHOW STATE: AND MONTH AND YEAR PAID:

d. SERVE IN THE NATIONAL GUARD? ☒ NO ☐ YES — IF YES, SHOW STATE: AND MONTH/YEAR SERVED. FROM: TO:

e. RETIRE FROM MILITARY SERVICE? ☐ NO ☒ YES — IF YES, SHOW MONTH/YEAR RETIRED: CDD - Sept. 27, 1949

f. HAVE ACTIVE DUTY IN ANY OTHER MILITARY SERVICE BRANCH IN LATER YEARS? ☒ NO ☐ YES — IF YES, SHOW BRANCH: AND MONTH/YEAR FROM: TO:

g. WORK FOR THE FEDERAL GOVERNMENT AS A CIVILIAN? ☒ NO ☐ YES — IF YES, SHOW AGENCY: AND MONTH/YEAR EMPLOYED FROM: TO:

PLEASE SHOW PHONE NUMBER (Including Area Code) WHERE YOU MAY BE REACHED DURING THE DAY: 661 538 1126

PURPOSE FOR WHICH INFORMATION OR DOCUMENTS ARE NEEDED: Claim for compensation and pension VA benefits

SIGNATURE OF VETERAN (or next of kin if veteran is deceased, such as unremarried widow or widower; daughter or son; mother or father; sister or brother): [signature]

RELATIONSHIP TO DECEASED VETERAN: VETERAN'S SOCIAL SECURITY NUMBER: 613 58 0979

*** PLEASE REMEMBER TO RETURN YOUR ORIGINAL INQUIRY *** TODAY'S DATE: Feb. 19, 2002

PRIVACY ACT OF 1974 COMPLIANCE INFORMATION. [illegible]

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION NA FORM 13075 (REV. 10-95)

4055 Heleshire Way
Palmdale, CA 93552
March 24, 1997

The C.O., USARPERCEN
AttN: DARP-VSA-A
9700 Page Blvd.
St. Louis, MO 63132-5200

Dear Sir:

I have the honor to request for a revision of my service from the Service Department Army Board for Correction of Military Records of my period covered of my active service in the U.S. Army. For correction, I was an enlisted active member of the U.S. Army from June 14, 1945 through September 27, 1949, not June 14, 1945 to June 30, 1946 only.

Enclosed is DD Form 149, Application for Correction of Military Record properly accomplished.

The Department of the Army has certified that I was a "Current Enlistee". The beginning date of my service in the Armed Forces of the United States was June 14, 1945. That I was enlisted in the U.S. Army 1945 at the 3rd Repl. Bn. APO 75. I was given ASN 100186. I took oath of office and was sworn that I will continue to render military service plus a duration of six months after the termination of the last war. Underwent military training and instructions at Camp Alabang, Alabang, Rizal, Philippines. Has completed the basic course in military training and was awarded a Diploma on August 5, 1945.

Soon thereafter, the rest of the company and I boarded the U.S. warship bound with destination Japan. 8 & 10 August 1945, atomic bombs were dropped in Hiroshima and Nagasaki, Japan.

The U.S. Army headquarters directed our company to proceed to Central Luzon of the Philippines to fight against the HUKBALAHAPS. While fighting against these organized elements, I was granted an insurance of $3000 under the authority of the National Service Life Insurance Act of 1940. Certificate No. N 20 405 433 approved by General Omar N. Bradley on November 18, 1946. January 29, 1947, I incurred gunshot wound on left thigh, left leg in line of duty. CDD on September 27, 1949 under the provisions of US AR 615-361.

In a decision rendered by the Administrative Law Judge, Honorable Richard L. Leopold on my claim for Retirement Insurance Benefits/Medicare based on records of my military service, the Honorable Judge readily accepts my position that I was an enlisted active member of the United States Army from June 14, 1945 through September 27, 1949. Photocopy of said DECISION is attached on DD Form 149.

In view of the foregoing, respectfully request for the correction of my military service record --- to correct therein as "member of one of the recognized components of the Philippine Commonwealth Army" (US Army). Enlisted on June 14, 1945. CDD on September 27, 1949. Covered period of active service from June 14, 1945 through September 27, 1949.

Thank you so much.

Respectfully yours,

BORROMEO I. LEYVA
WWII Disabled Veteran

7021/@B

**APPLICATION FOR CORRECTION OF MILITARY RECORD UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552**
*(Please read instructions on reverse side BEFORE completing application.)*

*Form Approved OMB No. 0704-0003 Expires Mar 31, 1996*

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0003), Washington, DC 20503.
**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES. RETURN COMPLETED FORM TO THE APPROPRIATE ADDRESS ON THE BACK OF THIS PAGE.**

**PRIVACY ACT STATEMENT**

**AUTHORITY:** Title 10 US Code 1552, EO 9397.

**PRINCIPAL PURPOSE:** To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

**ROUTINE USE(S):** None.

**DISCLOSURE:** Voluntary; however, failure to provide identifying information may impede processing of this application. The request for Social Security number is strictly to assure proper identification of the individual and appropriate records.

**1. APPLICANT DATA**

a. BRANCH OF SERVICE (X one) [X] (1) ARMY [ ] (2) NAVY [ ] (3) AIR FORCE [ ] (4) MARINE CORPS [ ] (5) COAST GUARD

b. NAME (Last, First, Middle Initial) (Please print): Leyva, Borromeo I.
c. PRESENT PAY GRADE: NONE
d. SERVICE NUMBER (If applicable): 100186
e. SSN: 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

2. TYPE OF DISCHARGE (If by court-martial, state type of court.): Complete Disability Discharge
3. PRESENT STATUS, IF ANY, WITH RESPECT TO THE ARMED SERVICES (Active duty, Retired, Reserve, etc.): NONE
4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY: Sept. 27, 1949

5. ORGANIZATION AT TIME OF ALLEGED ERROR IN RECORD: NONE
6. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C. (No expense to the Government) (X one) [ ] a. YES [X] b. NO

7. COUNSEL (If any) NONE
a. NAME (Last, First, Middle Initial): NONE
b. ADDRESS (Street, Apartment Number, City, State and ZIP Code): NONE

8. I REQUEST THE FOLLOWING CORRECTION OF ERROR OR INJUSTICE: Service not only from June 14, 1945 to June 30, 1946 in the Army, but enlisted in the U.S. Army beginning June 14, 1945 to Sept. 27, 1949.

9. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST IN THE FOLLOWING PARTICULARS: The Administrative Law Judge, Honorable Richard L. Leopold based my military records on his decision on my claim for Retirement Insurance Benefits/Medicare that I was an enlisted active member of the United Army from June 14, 1945 through September 27, 1949.

10. IN SUPPORT OF THIS APPLICATION I SUBMIT AS EVIDENCE THE FOLLOWING: (If Veterans Administration records are pertinent to your case, give Regional Office location and Claim Number.)
Photocopy of the DECISION rendered by the Honorable Richard L. Leopold, Administrative Law Judge dated Aug. 5, 1996. DVA Regional Office, 1131 Roxas Blvd. 0930 Manila, Philippines C-12 157 754

11. ALLEGED ERROR OR INJUSTICE
a. DATE OF DISCOVERY: Aug. 5, 1996
b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THIS APPLICATION. NONE

12. APPLICANT MUST SIGN IN ITEM 16. IF THE RECORD IN QUESTION IS THAT OF A DECEASED OR INCOMPETENT PERSON, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY APPLICATION. IF APPLICATION IS SIGNED BY OTHER THAN APPLICANT, INDICATE RELATIONSHIP OR STATUS BY MARKING APPROPRIATE BOX. NONE
[ ] a. SPOUSE [ ] b. WIDOW [ ] c. WIDOWER [ ] d. NEXT OF KIN [ ] e. LEGAL REP [ ] f. OTHER (Specify)

13. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM. (U.S. Code, Title 18, Sec. 287, 1001, provides a penalty of not more than $10,000 fine or not more than 5 years imprisonment or both.)

14. COMPLETE CURRENT ADDRESS, INCLUDING ZIP CODE (Applicant should forward notification of all changes of address.): 4055 Belleshire Way, Palmdale, CA 93552

DOCUMENT NUMBER (Do not write in this space.): I 8164 / P 22514 / AR2002070213

15. DATE SIGNED: March 21, 1997
16. SIGNATURE (Applicant must sign here.) [signature]

DD Form 149, AUG 93 — *Previous editions are obsolete*

**DEPARTMENT OF THE ARMY**
REVIEW BOARDS AGENCY
SUPPORT DIVISION ST. LOUIS
9700 PAGE AVENUE
ST. LOUIS, MO 63132-5200

May 12, 1998

SFMR-RBR-SL/ahw
Leyva, Borromeo I. 613 58 0979

Mr. Borromeo I. Leyva
4055 Belleshire Way
Palmdale, CA 93552

Dear Mr. Leyva:

The paragraph(s) checked below refer(s) to your application for correction of military record.

[ ] Your application is receiving attention. A further reply will be made by

[ ] Your application has been referred to this Division by the Army Board for Correction of Military Records for possible administrative correction. Your request will be given careful consideration at the earliest possible time. Since there are many applications on hand which were received prior to yours, it may be several months before your request will be reviewed. However, you will be notified after your application has been reviewed.

[ ] Your application was forwarded to this Division to assemble the record data in your case. This matter is receiving attention. A further reply will be made by

[XX] Your application has been sent to the Screening Team, Department of the Army, Military Review Boards Agency, Attention: SFMR-RBR-ST, Room 219, Crystal Mall #4, 1941 Jefferson Davis Highway, Arlington, Virginia, 22202-4508, for further processing. That office provides administrative support to the Army Board for Correction of Military Records, Arlington, Virginia, 22202-4508.

[ ] Your counsel has been furnished a copy of this letter.

[ ] Your records were destroyed in the fire at the National Personnel Records Center in July, 1973. Although there are not records available, your application has been forwarded to the Screening Team, Department of the Army, Military Review Boards Agency, Attention: SFMR-RBR-ST, Room 219, Crystal Mall #4, 1941 Jefferson Davis Highway, Arlington, Virginia, 22202-4508, for further processing. That office provides administrative support to the Army Board for Correction of Military Records, Arlington, Virginia, 22202-4508.

Sincerely,

R.H. Williams

*for* Ruth M. Meisenheimer
Chief, ARBA Support Division
St. Louis

ARPC FL 662-E, APR 98 (Prior editions are obsolete.)

ADDITIONAL INFORMATION

NAME: **LEYBA, BORROMEO I.**

VA CLAIM NO: **12 157 754**

ASN: **100 186**
Last Grade & Organization
USAFFE-**None**

GUERRILLA- **No**
**CURRENT ENLISTEE- Pvt, 29th MPC**

1. Beginning date of veteran's service in the Armed Forces of the United States: **14 Jun 45**

2. Date of separation from service: **30 Jun 46**
Attached are the following copies of evidence of discharge:
**PA AGO Form 55**

3. Character of separation from service: **Veteran, while still a member of the Philippine Commonwealth Army was released from the service of the Armed Forces of the United States on 30 Jun 46. (See item 21 below)**

4. From beginning date of service to date of separation, veteran's Military History is determined to be as follows:

| STATUS | FROM | TO |
|---|---|---|
| **Regular PA Serv** | **14 Jun 45** | **30 Jun 46** |

5. Veteran is entitled to receive pay during the above periods except as follows:

| FROM | TO | REASONS |
|---|---|---|

**N o n e**

6. Veteran was determined in a Missing Status and entitled to pay under MPA (including interpretations under Staff Memo # 14, RID, AFWESPAC 25 Dec 45) for the periods indicated in Par 4, above, for the reasons shown below. Included herein are details of Missing Status for unrecognized guerrilla service under a commissioned officer, if any.

| FROM | TO | REASONS |
|---|---|---|

**N o n e**

12. Veteran (died) (did not die) while in the service. Death (was) (was not) incurred in line of duty under AR 40-1025. See attached Proof and circumstances of death:

(a) Date of death: (Actual) (Presumed)
(b) Cause of death:
(c) Place of death:

13. Report of Board of Officers covering line of duty status of death or injury: (xxxxxxxx) (None)

14. Marital Status of veteran: **Single**

# Military Police Training School

## MILITARY POLICE COMMAND

## PHILIPPINE ARMY

This certifies that PVT BORROMEO I. LEYBA, 100185, 29th MP Co (PA) has completed a basic course in MILITARY POLICE TRAINING at Alabang, Rizal, P. I., and by virtue thereof is awarded this diploma this 5th day of AUGUST in the year of our Lord one thousand nine hundred and forty-five.

DIRECTOR OF TRAINING

1542

COMMANDANT

THE UNITED STATES OF AMERICA

VETERANS' ADMINISTRATION

WASHINGTON, D.C.

# National Service Life Insurance

CERTIFICATE No. [illegible]

This Certifies That [illegible]

has applied for insurance in the amount of $[illegible] payable in case of death.

Subject to the payment of the premiums required, this insurance is granted under the authority of The National Service Life Insurance Act of 1940, and subject in all respects to the provisions of such Act, of any amendments thereto, and of all regulations thereunder, now in force or hereafter adopted, all of which, together with the application for this insurance, and the terms and conditions published under authority of the Act, shall constitute the contract.

Countersigned at Washington, D. C.

November 18, 1946

Date

General, U. S. Army
Administrator of Veterans Affairs

Registrar.

Mr. Cosme Leyba
Ligtong, Rosario, Cavite
P. I.

Insurance Form 360

7/0237

Form 55A
Medical Department, U.S. Army
Revised May 21, 1939

CLINICAL RECORD
BRIEF

IOI4 axl IJ50
Register No. IOI4 HOSPITAL --V. Luna Gen. Hosp. (PA)
NAME Lerbi Borromeo Serial No. IOOI86 Inf.
GRADE Pvt. Regt. and arm or service 29th M.P. co. (PA)
AGE 2I RACE Fil. NATIVITY P.I.
SERVICE 2 yrs. DATE OF ADMISSION 22 April I947
SOURCE OF ADMISSION Ft. Fr. Ist Sta. Hosp. (PA)
STATION Mandaluyong, Rizal
WARD AB-5 PREVIOUS ADMISSION None
RELIGION Cath HOME ADDRESS Lictong, Rosario, Cavite
NAME AND ADDRESS OF NEAREST RELATIVE Josefina Ibanez /M
66 ADDRESS Ligtong, Rosario, Cavite
DIAG. FCCC; Lower 3rd femur, left GTR
INITIAL OF ADMITTING OFFICER
L.O.D. Yes

Disposition ______ Date ______, I9 ___
Final Diagnosis:

1. FCCC Lower 3rd femur, left( with callous) due to GSW, penetrating lateral side of lower 3rd, thigh, left (healed).
2. Peroneal nerve paralysis, left manifested by loss of sensation of lateral lower 2/3 of leg and dursum of foot, muscular atrophy of leg and foot.
3. Shortenning of one and one half inches, with a limitation of full flexion of left knee joint.

While in combat against the HUKS" at about 1:00 hrs., 29th January I947 at Floridablanca, Pampanga.

ADDITIONAL DIAGNOSIS ( Complications, Special treatment and operation )
Patient had undergone the following treatments:

A. Immobilization of left thigh leg plaster cast, 29 Jan.'47 at Ist Station Hosp. (PA)
B. Removal of F.B. left thigh II June '47 VLGH (AFP)
C. Appendectomy - Sept. 4, I947 VLGH (AFP)
D. Removal of bone spur - 3I May '48 VLGH (AFP)
E. Physiotherapy - Whirpool and massage, VLGH (AFP)

Patient is much improved and movements practically normal.

LINE OF DUTY Yes
Condition on complition of case
TRANSFER DIAGNOSIS CONFIRMED OR NOT CONFIRMED
AUTOPSY

I6 - I88I3

B. H. DAVID
Capt. M. C.
Ward Surgeon AB-5

# REPORT OF PHYSICAL EXAMINATION OF ENLISTED PERSONNEL PRIOR TO DISCHARGE, RELEASE FROM ACTIVE DUTY OR RETIREMENT

| 1. Last name—First name—Middle initial | 2. Army Serial Number | 3. Grade | 4. Regiment, arm or service |
|---|---|---|---|
| Leyba Borromeo I. | 10C186 | Pvt. | 29th M.P. co. (AFP) |

| 5. Permanent mailing address | 6. Complexion | 7. Age in years | 8. Sex | 9. Syphilis Register: In S-R? Yes or No | Closed in S-R? Yes or No |
|---|---|---|---|---|---|
| Ligtong, Rosario, Cavite | B | 23 | M | | |

## STATEMENT AND MEDICAL HISTORY OF EXAMINEE

10. At the present time do you have any wound, injury or disease which is disabling? If answer is yes, list those conditions first under Item 11 — Yes or No: yes

11. List all significant diseases, wounds, and injuries. State circumstances under which wounds or injuries were incurred and date of onset. Answer yes or no in Columns 1 to 4. (Continue on back if necessary)

Slight muscular atrophy of muscles of left thigh & leg—resulting from G.S.W thigh left lower 1/3 29 Jan 47 in action against Huks & Florida Blanca.

| 1 EPTS 1° | 2 AMS 2° | 3 IMS 4° | 4 PD 5° |
|---|---|---|---|
| NO | yes | yes | yes |

## RECORD OF PHYSICAL EXAMINATION

12. Teeth—Indicate restorable carious teeth by O, non-restorable carious teeth by /, missing natural teeth by X, teeth replaced by denture, horizontal line over X, as XXX and teeth replaced by fixed bridge, oval to include abutments, as (4X6)

RIGHT — EXAMINER'S — LEFT

R 8 7 6 5 4 3 2 1 — 1 2 3 4 5 6 7 8 L

R 16 15 14 13 12 11 10 9 — 9 10 11 12 13 14 15 16 L

13. Mouth and gum abnormalities: none

14. Dental prosthesis: Serviceability: none

15. Skin: Operative scars, left thigh lower 1/3 (two in no.) otherwise normal

16. Genito-Urinary (And pelvic for women): normal

17. Venereal diseases: none

18. Varicose veins: none

19. Hernia: none

20. Anus and Rectum: normal

21. Musculoskeletal defects: Slight muscular atrophy of muscles of thigh & leg—left.

22. Feet: normal

23. Abdominal Wall and Viscera: appendectomized — 45ep 41

24. Cardiovascular system: normal

25. Blood pressure: Systolic 118, Diastolic 70

26. Pulse: Sitting 72; Immediately after exercise 112; Two minutes after exercise 80

27. Lungs: normal

28. Chest X-ray: Fluoroscopically Healthy # 12036

29. Height (Shoeless): 62.5 In.

30. Weight (Stripped): 104 Lbs.

31. Neurological diagnosis: Limited movement of left lower extremity

32. Psychiatric diagnosis: normal

33. Endocrine system: normal

34. Eye abnormalities: none

35. Vision: Uncorrected—Right eye 20/20, Left eye 20/20; Corrected—Right eye 20/, Left eye 20/

36. Urinalysis: Sp. Gr. QNS; Albumin neg.; Sugar neg.; Micro. 6° normal

37. Ear, nose, throat, abnormalities: none

38. Hearing (Whispered voice): Right ear 15/15; Left ear 15/15

39. Blood serology result: negative - Kahn

40. In your opinion will wound, injury or disease result in: Condition — Disability? Yes or No: yes; Untimely death? Yes or No:

41. In your opinion was wound, injury, or disease incurred in line of duty? Condition: — Yes or No: yes

42. In your opinion does individual meet physical and mental standards for discharge? Yes or No: yes. If not, state why

43. Remarks, special tests, or other defects (Continue on back)

| 44. Date of examination | 45. Location | 46. Typed name and grade | 47. Signature |
|---|---|---|---|
| 30 Nov 48 | U.L.GH (AFP) | BIENVENIDO H. DAVID MC CAPT | [signature] |

PA MS Form No. 88 (1 October 1947)

1° Prior to arrival at separation center
2° Incurred or existed prior to entrance in military service
3° Aggravated by military service
4° Incurred while in military service Sheet 1
5° Present physical defects Sheet 2
6° When indicated Sheet 3

INSTRUCTIONS:
1. Send to The Adjutant General? Inclosed with S/R
2. Work sheet
3. Laboratory Reports form (PA MS Form 88-1.)

This space for a continuation of remarks or other effects from the reverse side only.

Patient had undergone the following treatments:-

1. Immobilization of left thigh c plaster cast 29 Jan '47 at 1st Sta. Hosp. PA
2. Removal of F.B. left thigh - 11 June '47 V.L.G.H.
3. Appendectomy - 4 Sep '47 - V.L.G.H. (AFP)
4. Removal of Bone Spur - 31 May '48. V.L.G.H. (AFP)
5. Physiotherapy - Whirpool + massage. V.L.G.H. (AFP)

Patient is much improved + movements practically normal.-

There is slight muscular atrophy of muscles of left thigh + leg.

## REPORT OF BOARD OF REVIEW

(See Instruction 2)

From a careful consideration of the case and a critical examination of the enlisted person, we find that:

| | Yes or No |
|---|---|
| 1. He meets physical and mental standards for discharge. | yes |
| 2. He meets physical and mental standards for discharge except as follows: | |
| 3. The defect, wound, injury, or disease is likely to result in untimely death. | no |
| 4. The defect, wound, injury, or disease is likely to result in permanent disability. | ~~yes~~ |
| 5. In our opinion, the defect, wound, injury, or disease was incurred in line of duty in the military service of the United States. | yes |

| Location | Typed name | Grade | Signature |
|---|---|---|---|
| V. Luna Gen. Hosp (AFP) Mandaluyong, Rizal | BIENVENIDO H. DAVID | CAPT M. C. | [signature] |
| Date | Typed name | Grade M. C. | Signature |

### INSTRUCTIONS

1. This report will be made out for all enlisted personnel immediately preceding separation by discharge and release from active duty, unless discharged on a certificate of disability, or retirement for service.
2. If the declaration of the enlisted man under item ten (10) when yes only, and the certificate of the examining surgeon do not agree, the case will be referred to a board of review to consist of not less than two medical officers, convened in accordance with appropriate Army Regulations.
3. Report will be prepared in duplicate. Each item provided for will be completed with an appropriate notation. The original will be signed.

7948—7

HQ V LUNA GEN HOSP (AFP)
Mandaluyong, Rizal

28 September 1949

SUBJECT: Certification

TO : Whom It May concern

This is to certify that Pvt Borromeo I. Leyba 1001886 Inf who was admitted in this hospital on 22 April 1947 and was discharged from the sv AFP, under the provisions of US AR 615-361 for physical disability contracted in line of duty eff 27 September 1949 per SO#182 par 2 HNDF dtd 8 August 1949 as per records on file in this office was cleared fr all government property responsibility and money accountabilities in this hospital.

POTENCIANO BACCAY
1st Lieut., MAC
Actg CO, Det of Patients

examination report noting the residuals of the thigh wound, special orders issued by the National Defense Forces in 1949 directing the veteran's honorable discharge from the "AFP" because of physical disability contracted in the line of duty, a certificate showing the veteran's discharge from the Army of the Commonwealth of the Philippines in September 1949, and a September 1949 certificate attesting to the fact that he had been cleared of responsibility for Government property and money at a hospital. Numerous affidavits have also been submitted. These attest to the veteran's induction into a Guerrilla unit in June 1943, to his loyalty and devotion to duty, to his induction into United States forces in 1945, to his service as a military policeman, to his injury in the line of duty in January 1947 and related treatment and infirmities, and to the lack of orders formally terminating the status of members of his unit as part of the United States forces.

## THE LAW AND REGULATIONS

Service connection may be granted for disability resulting from disease or injury incurred in or aggravated by wartime service. (38 U.S.C. 310)

The following certificates by the service departments will be accepted as establishing Guerrilla service: (a) Recognized Guerrilla service; (b) unrecognized Guerrilla service under a recognized commissioned officer only if the person was a former member of the United States Armed Forces (including the Philippine Scouts), or the Commonwealth Army. This excludes civilians. (38 C.F.R. 3.8(d)(2))

For a regular Philippine Scout or a member of one of the recognized components of the Philippine Commonwealth Army while serving with the Armed Forces of the United States, the period of active service will be from the date certified by the Armed Forces as the date of enlistment or date of report for active duty, whichever is later, to the date of release from active duty, discharge, death, or in the case of a member of the Philippine Commonwealth Army, June 30, 1946, whichever was earlier. (38 C.F.R. 3.9(a))

When a reasonable doubt arises regarding service origin, the degree of disability, or any other point, such doubt will be resolved in favor of the claimant. A reasonable doubt means a substantial doubt and one within the range of probability as distinguished from speculation or remote possibility. (38 C.F.R. 3.102)

with his guerilla unit and given a guerilla pass, etc., but this does not establish service in the United States Army under the law. Therefore, the undersigned must conclude that the above service was not relevant for coverage under the Social Security Act.

The Administrative Law Judge, however, readily accepts the claimant's position that he was an enlisted active member of the United States Army from June 14, 1945 through September 27, 1949. The claimant has submitted numerous documents, including affidavits, proof of insurance under the National Service Life Insurance Act of 1940, and the above noted report of physical examination indicating that the claimant was enlisted into the Army in June 1945, among other substantive documents. He was honorably discharged on September 27, 1949.

Based upon the foregoing, the claimant should be afforded credited military service from June 14, 1945 through September 27, 1949.

Unfortunately, the allowance of the above service noted credits-indeed, even allowing credits since 1943, would not result in entitlement. The claimant presents an interesting argument insofar as the calculating of wage credits, but it is simply not consistent with what the law allows.

The undersigned will start with the basic requirements. The claimant must be fully insured to gain the benefits/coverage requested (20 CFR 404.310). To attain that status, as relevant the claimant (as a male who became age 62 after 1974), he must have one (1) quarter of coverage, whenever acquired, for each year elapsing after 1950 until the year before his 62nd birthday. Since the claimant became 62 in November 1987, he needs 36 quarters of coverage (1951-1986) (20 CFR 404.110).

The claimant's earnings record-the official statement of his earnings under the Act, reflects zero (0) quarters of coverage (Exhibit 6). The claimant has not asserted any coverage other than that at issue herein.

The claimant argues that he should be awarded 57.25 calendar quarters based upon 229 months of service. Assuming for argument the validity of all service at issue, however, this is not so. The claimant reaches his result by first calculating 6 years, 3 months and 16 days of service. He then differentiates between a 8 hour civilian worker and an enlisted serviceman, who, he states, must work 24 hours a day. He then deduces that this service day is equivalent to 1 day of civilian employment and that 10 days of military service equates to 1 month of civilian work. He concludes that the serviceman works the equivalent of 36.5 civilian months a year. Thus, he argues that he should be