# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *
BORROMEO LEYVA,
Plaintiff,
v.
UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-848C

(Filed: May 17, 2007)

**ORDER**

Plaintiff's unopposed motion, May 14, 2007, for an enlargement of time, to and including July 16, 2007, in which to file its response to defendant' motion to Dismiss is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims