IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BORROMEO LEYVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-848C |
| v. | ) | (Judge Lawrence S. Margolis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 16 days, to and including August 8, 2007, within which to respond to plaintiff's opposition to our motion to dismiss. Our response is currently due on July 23, 2007. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that he does not oppose the granting of this motion.

The United States requests this enlargement of time because Government counsel will be on vacation from July 20, 2007, through August 1, 2007.

Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's opposition to our motion to dismiss to and including August 8, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

July 18, 2007

Attorneys for Defendant