# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *
BORROMEO LEYVA,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-848C

(Filed: July 31, 2007)

**ORDER**

Defendant's unopposed motion, filed July 18, 2007, for an enlargement of time, to and including August 8, 2007, in which to file its reply to plaintiff's opposition to its motion to dismiss is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims